**NORTH AMERICAN BIOLOGICALS,
INC., Seattle Plasma Corp.,
Plaintiffs–Appellants,**

v.

**ILLINOIS EMPLOYERS INSURANCE
OF WAUSAU, Defendant–Appellee.**

No. 90–5207.

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 1991.

Lowell L. Garrett, Morris C. Brown, Miami, Fla., for plaintiffs-appellants.

William M. Douberley, Miami, Fla., for defendant-appellee.

ON PETITION FOR REHEARING

(Opinion May 20, 1991, 11th Cir.,
1991, 931 F.2d 839.)

Before TJOFLAT, Chief Judge,
CLARK, Circuit Judge, and
KAUFMAN *, Senior District Judge.

FRANK A. KAUFMAN, Senior
District Judge:

In the opinion filed in this case on May 20, 1991, the total amount of $273,294.00 is used. That is the same amount set forth in the district court findings of fact and conclusions of law filed January 9, 1990.

Prior to the entry by the district court of those findings on January 9, 1990, the parties entered into a document entitled "Joint Stipulation" filed April 26, 1989. In that document, in paragraph 20, they agreed upon the amount of $255,294.00. Neither party saw fit to correct the use by the district court of an amount totaling $273,-294.00, before this court filed its opinion on May 20, 1991.

Under the circumstances, this court amends that said opinion so as to require that, on remand, the district court enter judgment for appellants in the amount of $255,294.00, rather than in the amount of $273,294.00.

The second contention contained in the rehearing petition has been considered and the same is hereby denied.